IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | 8:05CV0270 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 2, the Motion to Proceed in Forma Pauperis ("IFP"), filed by the plaintiff, Beatrice Hudson. After review of the plaintiff's Motion, it appears that the defendant listed in the complaint differs from the defendant listed in the plaintiff's IFP application. Therefore, filing no. 2 cannot be accepted as a correct and true motion to proceed IFP. Attached to this order is a new IFP form so the plaintiff may correct the deficiency. The plaintiff shall complete the new IFP form and return it to the court by June 30, 2005 and shall entitle the motion "Amended motion to proceed in forma pauperis."

SO ORDERED.

DATED this 10th day of June, 2005.

BY THE COURT:

s/David L. Piester
United States Magistrate Judge

AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** _____

BEATRICE HUDSON

Plaintiff

V.

CITY OF OMAHA

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:  8:05CV0270

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant         ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☐ Yes      ☐ No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?      ☐ Yes      ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes      ☐ No
   b. Rent payments, interest or dividends               ☐ Yes      ☐ No
   c. Pensions, annuities or life insurance payments     ☐ Yes      ☐ No
   d. Disability or workers compensation payments        ☐ Yes      ☐ No
   e. Gifts or inheritances                              ☐ Yes      ☐ No
   f. Any other sources                                  ☐ Yes      ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☐ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          _____
Date                                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.