IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEATRICE HUDSON, ) | Case Number:  8:05CV270 |
| Plaintiff, ) | |
| v. ) | REASSIGNMENT ORDER |
| CITY OF OMAHA, ) | |
| Defendant. ) | |

A request has been received for random assignment of this case to a United States District Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to Chief Judge Joseph F. Bataillon for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 21st day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court