IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv270 |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order entered on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action and the plaintiff's complaint are dismissed without prejudice.

DATED this 8th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge